UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO
**SENTENCING MINUTE SHEET**

| | | |
|---|---|---|
| CR No: | 17-367 JAP | USA vs.: Cayatineto |
| Date: | 4/26/18 | Name of Deft: Valerie Cayatineto |

| | |
|---|---|
| Before the Honorable: | James A. Parker |

| | | | |
|---|---|---|---|
| Time In/Out: | 3:23 p.m. – 4:38 p.m. | Total Time in Court (**for JS10**): | 1 hr 15 minutes |
| Clerk: | J. Gonzales | Court Reporter: | John DeLaRosa |
| AUSA: | Elisa Dimas | Defendant's Counsel: | Susan Porter |
| Sentencing in: | Abq. | Interpreter: | |
| Probation Officer: | Sandra Day | Sworn? | Yes / No |

| Convicted on: | X | Plea | | Verdict | As to: | | Information | X | Indictment |
|---|---|---|---|---|---|---|---|---|---|
| If Plea: | X | Accepted | | Not Accepted | Adjudged/Found Guilty on Counts: | | | | |
| If Plea Agreement: | | Accepted | | Not Accepted | No Plea Agreement | Comments: | | | |

| | | | | |
|---|---|---|---|---|
| Date of Plea/Verdict: | 5/31/17 | PSR: | | Not Disputed / X Disputed |
| PSR: | X | Court Adopts PSR Findings | Evidentiary Hearing: | Not Needed / X Needed |
| Exceptions to PSR: | | | | |

**SENTENCE IMPOSED**    Imprisonment (BOP):  37 months

| | | | |
|---|---|---|---|
| Supervised Release: | 3 years | Probation: | X  500-Hour Drug Program |
| | Court recommends ICE begin removal proceedings immediately or during service of sentence | | ICE not applicable |

**SPECIAL CONDITIONS OF SUPERVISION**

| | | | | |
|---|---|---|---|---|
| | No re-entry without legal authorization | | | Home confinement for ____ months ____ days |
| | Comply with ICE laws and regulation | | | Community service for ____ months ____ days |
| X | Participate in/successfully complete subst abuse program/testing | | | Reside halfway house ____ months ____ days |
| X | Participate in/successfully complete mental health program | | | Register as sex offender |
| X | Refrain from use/possession of alcohol/intoxicants | | | Participate in sex offender treatment program |
| X | Submit to search of person/property | | | Possess no sexual material |
| | No contact with victim(s) and/or co-defendant(s) | | | No computer with access to online services |
| | No entering or loitering near victim's residence | | | No contact with children under 18 years |
| X | Provide financial information | | | No volunteering where children supervised |
| X | Not possess psychoactive substances | X | | Not incur new credit charges |
| X | Submit to substance abuse testing | X | | Take all mental health medications |
| | OTHER: | | | |

| | | | |
|---|---|---|---|
| Fine: $ | 0.00 | Restitution: $ | Open for 90 days |
| SPA: $ | 100.00  ($100) as to each Count | Payment Schedule: | X Due Imm. / Waived |
| OTHER: | | | |

| | | | |
|---|---|---|---|
| X | Advised of Right to Appeal | | Waived Appeal Rights per Plea Agreement |
| X | Held in Custody | | Voluntary Surrender |
| X | Recommended place(s) of incarceration: | | FCI Carswell |
| | Dismissed Counts: | | |

OTHER COMMENTS:  Ms. Porter objects to portion of PSR that defendant was suicidal and purposely ran her car into the victim.
Ms. Dimas calls Navajo Nation Criminal Investigator **Larry Etsitty**/**Sworn** – conducts direct

| | |
|---|---|
| | examination. |
| | Ms. Porter conducts cross examination on Mr. Etsitty. |
| | Ms. Dimas conducts re-direct examination of Mr. Etsitty. |
| | Ms. Porter calls Private Investigator **Craig Martin/Sworn** – conducts direct examination of Mr. Martin. |
| | Ms. Dimas conducts cross examination of Mr. Martin. |
| | Court finds that defendant was negligent and careless – evidence does not support that defendant was trying to commit suicide by running into victim's car – denies request for upward variance – denies request for downward variance. |
| | Defendant addresses Court. |
| | M. Yazzie (victim's wife) addresses Court. |
| | M. Yazzie (victim's brother) addresses Court. |
| | Ms. Porter requests self-surrender for opportunity to visit family and children before incarceration. |
| | Ms. Dimas opposes release. |
| | Court denies request for voluntary surrender. |